# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

JONATHAN TAYLOR,

    Plaintiff,

v.

TIFFANY JOSEPHS, *et al.*,

    Defendants.

Case No. 2:23-cv-01459-RFB-BNW

**DISMISSAL ORDER**

    Before the Court is the Report and Recommendation (ECF No. 28) of the Honorable Brenda Weksler, United States Magistrate Judge for the District of Nevada, entered on March 3, 2025. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A party may file specific written objections to the findings and recommendations of a magistrate judge. See id.; see also Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. See Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by March 17, 2025. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

Therefore, **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 28) is **ACCEPTED** and **ADOPTED** in full.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice. The Clerk of Court is instructed to close this case.

**DATED:** November 4, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**